## VERIFICATION

### DECLARATION OF ANTHONY FULLBROOK

Pursuant to 28 U.S.C. § 1746, this Verification is executed by Anthony Fullbrook, a corporate officer of Orient Express Container Co., Ltd ("Plaintiff" or "OEC").

I, Anthony Fullbrook, declare under penalty of perjury:

1. My name is Anthony Fullbrook.

2. I am over eighteen (18) years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am a corporate officer of OEC and am duly authorized to make this Declaration on its behalf pursuant to Section 1(c) of the Admiralty and Maritime Practice Manual for the United States District Court Middle District of Florida.

4. I have read the foregoing Verified Complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

5. The source of my information is documents, records, and other information reviewed by me, together with my knowledge and experience regarding the matters addressed by the Verified Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   June 1, 2021
            New York, New York

_____
Anthony Fullbrook