# EXHIBIT "2"

| Invoices | Currency | Amount/Balance | HBL | Reference | Invoice Date / ETD | Notes |
|---|---|---|---|---|---|---|
| 8672E | MXN | $ 20,880.00 | OERT668702K00026 | ISO-JFKOEK00026 | Feb-26-21 | Waiting time |
| 8674E | MXN | $ 20,880.00 | OERT668702K00022 | ISO-JFKOEK00022 | Feb-04-21 | Waiting time |
| 8675E | MXN | $ 10,440.00 | OERT668702K00021 | ISO-JFKOEK00021 | Feb-04-21 | Waiting time |
| 8676E | MXN | $ 20,880.00 | OERT668702K00015 | ISO-JFKOEK00015 | Jan-31-21 | Waiting time |
| 8684E | MXN | $ 20,880.00 | OERT668702K00025 | ISO-JFKOEK00025 | Feb-26-21 | Waiting time |
|  |  | $ 93,960.00 |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  | $ 131,167.00 |  |  |  |  |

| Invoices | Currency | Amount/Balance | HBL | Reference | Invoice Date / ETD | Invoice related to |
|---|---|---|---|---|---|---|
| 6375D | USD | $ 5,720.00 | OERT668702K00086 | ISO-JFKOEK00086 | Apr-06-21 | OCEAN FREIGHT |
| 6376D | USD | $ 5,228.00 | OERT668702K00085 | ISO-JFKOEK00085 | Apr-06-21 | OCEAN FREIGHT |
| 6377D | USD | $ 33,800.00 | OERT668702K00083 | ISO-JFKOEK00083 | Apr-06-21 | OCEAN FREIGHT |
| 6424D | USD | $ 452.16 | OERT668702K00083 | ISO-JFKOEK00083 | Apr-06-21 | DESTINATION CHARGE (DUTIES) |
| 6455D | USD | $ 58.98 | OERT668702K00086 | ISO-JFKOEK00086 | Apr-06-21 | DESTINATION CHARGE (DUTIES) |
| 6456D | USD | $ 104.21 | OERT668702K00085 | ISO-JFKOEK00085 | Apr-06-21 | DESTINATION CHARGE (DUTIES) |
| 6407D | USD | $ 5,228.00 | OERT668702K00092 | ISO-JFKOEK00092 | Apr-12-21 | OCEAN FREIGHT |
| 6408D | USD | $ 5,278.95 | OERT668702K00091 | ISO-JFKOEK00091 | Apr-12-21 | OCEAN FREIGHT |
| 6409D | USD | $ 42,250.00 | OERT668702K00087 | ISO-JFKOEK00087 | Apr-12-21 | OCEAN FREIGHT |
| 6410D | USD | $ 33,800.00 | OERT668702K00088 | ISO-JFKOEK00088 | Apr-12-21 | OCEAN FREIGHT |
| 6450D | USD | $ 551.93 | OERT668702K00087 | ISO-JFKOEK00087 | Apr-12-21 | DESTINATION CHARGE (DUTIES) |
| 6453D | USD | $ 88.56 | OERT668702K00092 | ISO-JFKOEK00092 | Apr-12-21 | DESTINATION CHARGE (DUTIES) |
| 6454D | USD | $ 4,825.45 | OERT668702K00088 | ISO-JFKOEK00088 | Apr-12-21 | ORIGIN TRUCKING |
| 6463D | USD | $ 8,624.00 | OERT668702K00093 | ISO-JFKOEK00093 | Apr-21-21 | OCEAN FREIGHT |
| 6474D | USD | $ 110.35 | OERT668702K00093 | ISO-JFKOEK00093 | Apr-21-21 | DESTINATION CHARGE (DUTIES) |
| 6266D | USD | $ 20,416.18 | OERT668702K00062 | ISO-JFKOEK00062 | Mar-21-21 | OCEAN FREIGHT (LAVADO TIPO 5) |
| 6284D | USD | $ 16,900.00 | OERT668702K00073 | ISO-JFKOEK00073 | Mar-21-21 | OCEAN FREIGHT |
| 6285D | USD | $ 25,350.00 | OERT668702K00072 | ISO-JFKOEK00072 | Mar-21-21 | OCEAN FREIGHT |
| 6286D | USD | $ 42,621.20 | OERT668702K00069 | ISO-JFKOEK00069 | Mar-21-21 | OCEAN FREIGHT |
| 6287D | USD | $ 5,720.00 | OERT668702K00068 | ISO-JFKOEK00068 | Mar-21-21 | OCEAN FREIGHT |
| 6288D | USD | $ 5,228.00 | OERT668702K00067 | ISO-JFKOEK00067 | Mar-21-21 | OCEAN FREIGHT |
| 6289D | USD | $ 8,750.00 | OERT668702K00066 | ISO-JFKOEK00066 | Mar-21-21 | OCEAN FREIGHT |
| 6290D | USD | $ 42,957.60 | OERT668702K00065 | ISO-JFKOEK00065 | Mar-21-21 | OCEAN FREIGHT |
| 6300D | USD | $ 480.00 | OERT668702K00072 | ISO-JFKOEK00072 | Mar-21-21 | DESTINATION CHARGE (DELIVERY CLEWISTON) |
| 6301D | USD | $ 800.00 | OERT668702K00069 | ISO-JFKOEK00069 | Mar-21-21 | DESTINATION CHARGE (DELIVERY CLEWISTON) |
| 6349D | USD | $ 238.27 | OERT668702K00073 | ISO-JFKOEK00073 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6350D | USD | $ 107.78 | OERT668702K00072 | ISO-JFKOEK00072 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6351D | USD | $ 179.99 | OERT668702K00069 | ISO-JFKOEK00069 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6352D | USD | $ 59.46 | OERT668702K00068 | ISO-JFKOEK00068 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6353D | USD | $ 56.46 | OERT668702K00067 | ISO-JFKOEK00067 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6354D | USD | $ 58.29 | OERT668702K00066 | ISO-JFKOEK00066 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6355D | USD | $ 584.06 | OERT668702K00065 | ISO-JFKOEK00065 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |
| 6356D | USD | $ 179.80 | OERT668702K00062 | ISO-JFKOEK00062 | Mar-21-21 | DESTINATION CHARGE (DUTIES) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6441D | USD | $ 2,000.00 | OERT668702K00069 | ISO-JFKOEK00069 | Mar-21-21 | DESTINATION CHARGE (DELIVERY) |
| 6442D | USD | $ 5,200.00 | OERT668702K00062 | ISO-JFKOEK00062 | Mar-21-21 | DESTINATION CHARGE (DELIVERY) |
| 6445D | USD | $ 2,400.00 | OERT668702K00072 | ISO-JFKOEK00072 | Mar-21-21 | DESTINATION CHARGE (DELIVERY) |
| 6446D | USD | $ 800.00 | OERT668702K00066 | ISO-JFKOEK00066 | Mar-21-21 | DESTINATION CHARGE (DELIVERY) |
| 6311D | USD | $ 44,371.00 | OERT668702K00074 | ISO-JFKOEK00074 | Mar-30-21 | OCEAN FREIGHT |
| 6337D | USD | $ 44,220.00 | OERT668702K00075 | ISO-JFKOEK00075 | Mar-30-21 | OCEAN FREIGHT |
| 6340D | USD | $ 44,625.00 | OERT668702K00076 | ISO-JFKOEK00076 | Mar-30-21 | OCEAN FREIGHT |
| 6343D | USD | $ 34,440.00 | OERT668702K00078 | ISO-JFKOEK00078 | Mar-30-21 | OCEAN FREIGHT |
| 6346D | USD | $ 5,720.00 | OERT668702K00081 | ISO-JFKOEK00081 | Mar-30-21 | OCEAN FREIGHT |
| 6347D | USD | $ 5,228.00 | OERT668702K00080 | ISO-JFKOEK00080 | Mar-30-21 | OCEAN FREIGHT |
| 6348D | USD | $ 25,350.00 | OERT668702K00079 | ISO-JFKOEK00079 | Mar-30-21 | OCEAN FREIGHT |
| 6369D | USD | $ 597.23 | OERT668702K00074 | ISO-JFKOEK00074 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6370D | USD | $ 179.93 | OERT668702K00075 | ISO-JFKOEK00075 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6371D | USD | $ 575.97 | OERT668702K00076 | ISO-JFKOEK00076 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6372D | USD | $ 143.24 | OERT668702K00078 | ISO-JFKOEK00078 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6373D | USD | $ 340.08 | OERT668702K00079 | ISO-JFKOEK00079 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6374D | USD | $ 58.50 | OERT668702K00081 | ISO-JFKOEK00081 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6425D | USD | $ 88.07 | OERT668702K00080 | ISO-JFKOEK00080 | Mar-30-21 | DESTINATION CHARGE (DUTIES) |
| 6443D | USD | $ 3,200.00 | OERT668702K00078 | ISO-JFKOEK00078 | Mar-30-21 | DESTINATION CHARGE (DELIVERY) |
| 6444D | USD | $ 4,000.00 | OERT668702K00075 | ISO-JFKOEK00075 | Mar-30-21 | DESTINATION CHARGE (DELIVERY) |
| | | $ 540,344.70 | | | | |

| Invoices | Currency | Amount/Balance | HBL | Reference | Invoice Date / ETD |
|---|---|---|---|---|---|
| 12018199 | MXN | $ 631.00 | OERT668702K00074 | ISO-JFKOEK00074 | Mar-30-21 |
| 12018200 | MXN | $ 631.00 | OERT668702K00075 | ISO-JFKOEK00075 | Mar-30-21 |
| 12018201 | MXN | $ 631.00 | OERT668702K00076 | ISO-JFKOEK00076 | Mar-30-21 |
| 12018238 | MXN | $ 631.00 | OERT668702K00078 | ISO-JFKOEK00078 | Mar-30-21 |
| 12018255 | MXN | $ 631.00 | OERT668702K00079 | ISO-JFKOEK00079 | Mar-30-21 |
| 12018257 | MXN | $ 631.00 | OERT668702K00080 | ISO-JFKOEK00080 | Mar-30-21 |
| 12018259 | MXN | $ 631.00 | OERT668702K00081 | ISO-JFKOEK00081 | Mar-30-21 |
| 12018126 | MXN | $ 631.00 | OERT668702K00062 | ISO-JFKOEK00062 | Mar-21-21 |
| 12018146 | MXN | $ 631.00 | OERT668702K00066 | ISO-JFKOEK00066 | Mar-21-21 |
| 12018148 | MXN | $ 631.00 | OERT668702K00067 | ISO-JFKOEK00067 | Mar-21-21 |
| 12018150 | MXN | $ 631.00 | OERT668702K00068 | ISO-JFKOEK00068 | Mar-21-21 |
| 12018155 | MXN | $ 631.00 | OERT668702K00069 | ISO-JFKOEK00069 | Mar-21-21 |
| 12018157 | MXN | $ 631.00 | OERT668702K00072 | ISO-JFKOEK00072 | Mar-21-21 |
| 12018159 | MXN | $ 631.00 | OERT668702K00073 | ISO-JFKOEK00073 | Mar-21-21 |
| 12018161 | MXN | $ 631.00 | OERT668702K00065 | ISO-JFKOEK00065 | Mar-21-21 |
| 12018054 | MXN | $ 631.00 | OERT668702K00056 | ISO-JFKOEK00056 | Mar-11-21 |
| 12018013 | MXN | $ 631.00 | OERT668702K00047 | ISO-JFKOEK00047 | Mar-09-21 |
| 12018024 | MXN | $ 631.00 | OERT668702K00046 | ISO-JFKOEK00046 | Mar-09-21 |
| 12018033 | MXN | $ 631.00 | OERT668702K00051 | ISO-JFKOEK00051 | Mar-09-21 |
| 12018046 | MXN | $ 631.00 | OERT668702K00053 | ISO-JFKOEK00053 | Mar-09-21 |
| 12018047 | MXN | $ 631.00 | OERT668702K00052 | ISO-JFKOEK00052 | Mar-09-21 |
| 12018049 | MXN | $ 631.00 | OERT668702K00054 | ISO-JFKOEK00054 | Mar-09-21 |
| 12018014 | MXN | $ 631.00 | OERT668702K00044 | ISO-JFKOEK00044 | Mar-04-21 |
| 12017725 | MXN | $ 631.00 | OERT668702K00014 | ISO-JFKOEK00014 | Jan-31-21 |
| 12017727 | MXN | $ 631.00 | OERT668702K00015 | ISO-JFKOEK00015 | Jan-31-21 |
| 12017729-R1 | MXN | $ 631.00 | OERT668702K00016 | ISO-JFKOEK00016 | Jan-31-21 |
| 12017731 | MXN | $ 631.00 | OERT668702K00017 | ISO-JFKOEK00017 | Jan-31-21 |
| 12017743 | MXN | $ 631.00 | OERT668702K00018 | ISO-JFKOEK00018 | Jan-31-21 |
| 12017766 | MXN | $ 631.00 | OERT668702K00020 | ISO-JFKOEK00020 | Jan-31-21 |
| 12017680 | MXN | $ 631.00 | OERT668702K00012 | ISO-JFKOEK00012 | Jan-25-21 |
| 12017682 | MXN | $ 631.00 | OERT668702K00013 | ISO-JFKOEK00013 | Jan-25-21 |
| 12015302 | MXN | $ 620.00 | OERT668702J00005 | ISO-JFKOEJ00005 | Jan-25-20 |
| 12017641 | MXN | $ 631.00 | OERT668702K00007 | ISO-JFKOEK00007 | Jan-23-21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12017648 | MXN | $ | 631.00 | OERT668702K00009 | ISO-JFKOEK00009 | Jan-23-21 |
| 12017650 | MXN | $ | 631.00 | OERT668702K00010 | ISO-JFKOEK00010 | Jan-23-21 |
| 12017669 | MXN | $ | 631.00 | OERT668702K00011 | ISO-JFKOEK00011 | Jan-23-21 |
| 12017620 | MXN | $ | 631.00 | OERT668702K00006 | ISO-JFKOEK00006 | Jan-17-21 |
| 12017582 | MXN | $ | 631.00 | OERT668702K00004 | ISO-JFKOEK00004 | Jan-15-21 |
| 12017593 | MXN | $ | 631.00 | OERT668702K00005 | ISO-JFKOEK00005 | Jan-15-21 |
| 12017524-R1 | MXN | $ | 631.00 | OERT668702K00001 | JFKOEK00001 | Jan-08-21 |
| 12017542 | MXN | $ | 631.00 | OERT668702K00002 | ISO-JFKOEK00002 | Jan-08-21 |
| 12017546 | MXN | $ | 631.00 | OERT668702K00003 | ISO-JFKOEK00003 | Jan-08-21 |
| 12017918 | MXN | $ | 631.00 | OERT668702K00025 | ISO-JFKOEK00025 | Feb-26-21 |
| 12017963 | MXN | $ | 631.00 | OERT668702K00039 | ISO-JFKOEK00039 | Feb-26-21 |
| 12017965 | MXN | $ | 631.00 | OERT668702K00040 | ISO-JFKOEK00040 | Feb-26-21 |
| 12017968 | MXN | $ | 631.00 | OERT668702K00038 | ISO-JFKOEK00038 | Feb-26-21 |
| 12017983 | MXN | $ | 631.00 | OERT668702K00041 | ISO-JFKOEK00041 | Feb-26-21 |
| 12018006 | MXN | $ | 1,262.00 | OERT668702K00045 | ISO-JFKOEK00045 | Feb-26-21 |
| 12015474 | MXN | $ | 620.00 | OERT668702J00016 | JFKOEJ00017 | Feb-19-20 |
| 12017877 | MXN | $ | 631.00 | OERT668702K00028 | ISO-JFKOEK00028 | Feb-16-21 |
| 12017783 | MXN | $ | 631.00 | OERT668702K00024 | ISO-JFKOEK00024 | Feb-08-21 |
| 12017785 | MXN | $ | 631.00 | OERT668702K00027 | ISO-JFKOEK00027 | Feb-08-21 |
| 12017768 | MXN | $ | 631.00 | OERT668702K00021 | ISO-JFKOEK00021 | Feb-04-21 |
| 12017769 | MXN | $ | 631.00 | OERT668702K00022 | ISO-JFKOEK00022 | Feb-04-21 |
| 12017770 | MXN | $ | 631.00 | OERT668702K00023 | ISO-JFKOEK00023 | Feb-04-21 |
| 12018430 | MXN | $ | 631.00 | OERT668702K00093 | ISO-JFKOEK00093 | Apr-21-21 |
| 12018349 | MXN | $ | 631.00 | OERT668702K00088 | ISO-JFKOEK00088 | Apr-12-21 |
| 12018351 | MXN | $ | 631.00 | OERT668702K00087 | ISO-JFKOEK00087 | Apr-12-21 |
| | | $ | 37,207.00 | | | |