# EXHIBIT "3"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ORIENT EXPRESS CONTAINER CO., LTD.,

  Plaintiff,

v.

INDUSTRIA MEXICANA DE SABORES, S.A. DE C.V.

  Defendant,

CITROSUCO NORTH AMERICA, INC., et al,

  Garnishees.

---

## DECLARATION
(Foreign Attachment)

This declaration is executed, pursuant to 28 U.S.C. § 1746, by the undersigned in order to secure the issuance and execution of a Writ of Foreign Attachment in the above-styled *in personam* cause in admiralty.

As attorney for the above-styled Plaintiff, the undersigned does hereby certify, under penalty of perjury under the laws of the United States of America, to the Court, the Clerk of the Court, and the United States Marshal, that the undersigned has made a diligent search and inquiry to ascertain the name and address of a person or party upon whom can be served process *in personam* which will bind the above-styled Defendant.

That based upon such diligent search and inquiry the undersigned has been unable to ascertain the name and address of any person or party within the District upon whom service of process would bind said Defendant.

The Clerk of the Court is hereby requested to issue a Writ of Foreign Attachment and deliver the same to the United States Marshal.

The United States Marshal is hereby directed to promptly serve said Writ of Foreign Attachment upon the Garnishees, and Defendant's property held thereby, named in the Plaintiff's Verified Complaint in the above captioned claim, filed on the 2nd of June, 2021, or at locations located in the Middle District Florida as directed by the Garnishee(s).

/s/ Luke F. Zadkovich

Luke F. Zadkovich
New York Bar Number: 5514096
luke.zadkovich@zeilerfloydzad.com
Zeiler Floyd Zadkovich (US) LLP
215 Park Ave. South, 11th Floor
New York, NY 10003
Telephone: (332) 213-0670